UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| DE ELLAJEAN ADAMS | )   Case No. 15-06771-JMC-7A |
| Debtor(s). | ) |

## NOTICE OF CONTINUED MEETING OF CREDITORS

This matter was initially scheduled for a meeting of creditors pursuant to Notice to the Debtor(s) and all creditors and the Debtor's counsel was unable to appear at said meeting.

The Trustee now, therefore, continues the first meeting of creditors and provides you with notice thereof as Debtor, a creditor in attendance at the first meeting or an interested party who has inquired of the Trustee regarding the continued meeting.

The continued first meeting of the creditors is rescheduled to be held at the U.S. Courthouse, 46 East Ohio Street, Room 416A, Indianapolis, IN 46204, on October 26, 2015 at 11:30 A.M..

The Debtor should take notice that failure to appear at this meeting may cause the Interim Trustee to file a Motion to Dismiss this case with the Bankruptcy Court.

DATED: September 29, 2015          /s/ Joanne B. Friedmeyer
                                   Joanne B. Friedmeyer, Interim Trustee
                                   1427 West 86th Street, #284
                                   Indianapolis, IN  46260
                                   Phone: (317) 755-3103
                                   Email: jfriedmeyer@friedmeyerlaw.com


## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2015 a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's System.
    Office of the U.S. Trustee
    Adam Gadberry

I hereby further certify that on September 29, 2015 a copy of the foregoing was served upon

Joe Soares                                De Ellajean Adams,
4522 Joshua Ct                            2847 Adams
West Lafayette, IN 47926                  Indianapolis, IN  46218
by United States first-class mail, postage prepaid.

                              /s/ Joanne B. Friedmeyer
                                Joanne B. Friedmeyer